1  MATTHEW E. FARMER, Bar No. 190484
   mfarmer@littler.com
2  JAMES P. VAN, Bar No. 303853
   jpvan@littler.com
3  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue, Suite 302
4  Fresno, California  93704.2225
   Telephone:   559.244.7500
5  Facsimile:   559.244.7525

6  Attorneys for Defendant
   GLOPAK WINE & SPIRITS CORP.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  GAETANO DAVID ADDAMO,                  Case No.  3:17-cv-05808-JST

12                  Plaintiff,             ASSIGNED JUDGE FOR ALL INTENTS AND
                                           PURPOSES, HON. JON S. TIGAR
13       v.
                                           **STIPULATION AND ORDER OF
14  GLOPAK WINE & SPIRITS CORP.;           DISMISSAL WITH PREJUDICE**
    DOES 1-10, inclusive,
15
                    Defendants.            Complaint Filed:  September 12, 2017
16

17

18       IT IS HEREBY STIPULATED by and between Plaintiff Gaetano David Addamo,

19  and Defendant Glopak Wine & Spirits Corp., through their designated counsel, that the above-

20  captioned action in its entirety be and hereby is dismissed with prejudice pursuant to Federal Rules

21  of Civil Procedure, Rule 41(a)(1). Each party shall bear his/its own costs and attorneys' fees.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704 2225
559 244 7500

(No. 3:17-cv-05808-JST)                    STIPULATION AND ORDER OF DISMISSAL
                                           WITH PREJUDICE

Dated: April ___, 2018

/s/
_____
MATTHEW E. FARMER
JAMES P. VAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
GLOPAK WINE & SPIRITS CORP.

Dated: April ___, 2018

/s/
_____
DAVID R. DELL
COOMBS & DUNLAP, LLP
Attorneys for Plaintiff
GAETANO DAVID ADDAMO

IT IS SO ORDERED.

Dated: May 31, ___, 2018

_____
United States District Judge/Magistrate Judge

Firmwide:154306664.1 094492.1001

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

(No. 3:17-cv-05808-JST)                    2.        STIPULATION AND ORDER OF DISMISSAL
                                                     WITH PREJUDICE